[No. 23208-1-II.   Division Two.   January 21, 2000.]

ANNE I. BUTKO, ET AL., *Appellants*, v. THE STEWART TITLE
COMPANY OF WASHINGTON, INC., *Respondent*.

The decision in the above captioned case, which appeared
in the advance sheets at 99 Wn. App. 533-58, has not been
published in this permanent bound volume pursuant to an
order of the Court of Appeals dated May 5, 2000 directing
that the opinion be withdrawn and the appeal dismissed.